IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jose Luis Bernal,<br><br>    Defendant. | 13-04237M-001-PCT-MEA<br><br>**ORDER** |

    The defendant appeared in court and admitted to violating the conditions of probation as alleged in Paragraph A and B of the Petition to Revoke Unsupervised Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his unsupervised probation.

    IT IS ORDERED reinstating the defendant on unsupervised probation subject to the previously ordered conditions and special conditions. In addition, the following condition is imposed:

    1. You shall comply with the conditions set in the pending case in state court (Prescott).

    IT IS FURTHER ORDERED that the defendant's unsupervised probation is extended for one (1) year beginning on March 14, 2014

    IT IS FURTHER ORDERED THAT the defendant is released from federal custody.

    DATED this 14th day of March, 2014.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge